UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok, *et al.*[1]<br>Debtor(s). | Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| Luc A. Despins, Chapter 11 Trustee<br>Plaintiff,<br><br>v.<br><br>Bannon Strategic Advisors, Inc.,<br>Defendant. | Adversary Proceeding No. 24-05021 |

## **NOTICE OF APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as Special Litigation Counsel for Luc A. Despins, Chapter 11 Trustee.  The Clerk of the Court and the opposing party will be informed of any change in address.  I request notice of all further pleadings and filings.

*/s/ Jonathan A. Kaplan*                          Dated:  August 3, 2026
Attorney's Signature

Jonathan A. Kaplan
Printed Name

Law Firm Name    Pullman & Comley, LLC

Law Firm Mailing Address:   90 State House Square

City   Hartford         State   CT       Zip Code   06103

Attorney's Email Address   jkaplan@pullcom.com

Attorney's Phone Number   (860) 424-4379

Attorney's Federal Bar Number   ct27126

---

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.