UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In re:<br><br>Ho Wan Kwok, *et al.*[1]<br>Debtor(s). | Case No. 22-50073 (JAM)<br>(Jointly Administered) |
| Luc A. Despins, Chapter 11 Trustee<br>Plaintiff,<br><br>v.<br><br>Bannon Strategic Advisors, Inc.,<br>Defendant. | Adversary Proceeding No. 24-05021 |

**NOTICE OF APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as Special Litigation Counsel for Luc A. Despins, Chapter 11 Trustee. The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

*/s/ Griffin M. Kutzner* Dated: September 9, 2026
Attorney's Signature

Griffin M. Kutzner
Printed Name

Law Firm Name Pullman & Comley, LLC

Law Firm Mailing Address: 850 Main Street, 8th Floor, P. O. Box 7006

City Bridgeport State CT Zip Code 06601-7006

Attorney's Email Address gkutzner@pullcom.com

Attorney's Phone Number (203) 330-2258

Attorney's Federal Bar Number ct31746

[1] The Debtors in these chapter 11 cases are Ho Wan Kwok (also known as Guo Wengui, Miles Guo, and Miles Kwok, as well as numerous other aliases) (last four digits of tax identification number: 9595), Genever Holdings LLC (last four digits of tax identification number: 8202) and Genever Holdings Corporation.